**Eugene MILLER, Plaintiff–Appellant,**

v.

**Sheriff Jim JACK; Sheriff's Department of Harrison County; Bailiff J.R. Moore; Officer Jim Miles, Defendants–Appellees.**

No. 07–7154.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 24, 2008.

Eugene Miller, Appellant Pro Se. Boyd Lee Warner, Waters, Warner & Harris, Clarksburg, West Virginia, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Jack,* No. 1:06–cv–00064–IMK, 2007 WL 2050409 (N.D.W.Va. July 12, 2007). We deny Miller's pending motions for transcript at government's expense, for appointment of counsel, for oral argument, and to have this court appoint a different federal judge from out of state to hear his case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*